## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

## PETITION FOR PAYMENT OF UNCLAIMED FUNDS

**TO THE HONORABLE COURT:**

**NOW APPEARS** creditor CITIBANK NA, through the undersigned counsel and respectfully request pursuant to Puerto Rico Local Bankruptcy Rule 3011 (b), states that Creditor became entitled to receive certain amounts of monies as distributions in the cases attached hereto as Schedule A, and now appears on the records of this Court as the owner of said funds. The amounts requested are being held in the Treasury of the United States as unclaimed funds.

Creditor represents that it is entitled to receive the requested funds based upon Creditor is the owner.

Creditor submits with this petition a certain letter dated October 21, 2011, signed by Terri Bergman, Senior Vice President of Citi as proof of the Creditor's identity and status, and the owner's claim entitlement.

Therefore, we inform the Court and the Trustee that Creditor's postal address for the receipt of disbursement is the following: Citibank, Attn: Vicki Yttreness, MC 1135, 701 E 60th St. N, Sioux Falls, SD 57117. Please include the following reference number on each check for proper booking: GL: B464500001 0200 - Expense Code: 71020.

**WHEREFORE**, it is respectfully requested that the Court take notice of the foregoing and requests that it enter an order directing payment of the unclaimed funds to the Creditor, in accordance with the documents and information submitted in support of this petition.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 1st day of May, 2013.

**CERTIFICATION OF SERVICE:**

I hereby certify that the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

I hereby certify that on this date a true and correct copy has been served through regular mail to the debtor, debtor's attorney, the trustee, the United States Trustee and the United States Attorney at the addresses of record with this honorable Court if such are not registered in the use of the CM/ECF system.

**LOPEZ SANCHEZ PIRILLO & HYMOVITZ LLC**
*Attorney for Creditor*
P. O. Box 11917
San Juan, Puerto Rico 00922-1917
Tel.: (787) 522-6776
Fax: (787) 522-6777
E-mail: mpirillo@lsphlaw.com


By: s/ Eugenio Martín Pirillo Favot
Eugenio Martín Pirillo Favot
USDC-PR No. 219214

SCHEDULE A

| Creditor | Case No. | Debtor | Chapter | Amount |
|---|---|---|---|---|
| CITIBANK N.A. | 01-04314 | SAMUEL SOTO ARROYO | 13 | $30.52 |
| CITIBANK N.A. | 01-12660 | PURA RAMOS GARCIA | 13 | $190.71 |
| CITIBANK N.A. | 02-04946 | RAMON PEREZ MALDONADO | 13 | $236.48 |
| CITIBANK N.A. | 02-11796 | MARIA CRUZ GARCIA | 13 | $36.42 |
| CITIBANK N.A. | 03-01123 | ADRIAN IRIZARRY RIVERA | 7 | $30.54 |
| CITIBANK N.A. | 99-15351 | ANTONIO GARCIA BERMUDEZ | 7 | $1,316.79 |
| CITIBANK NA | 01-08494 | HECTOR RIVERA RODRIGUEZ | 13 | $10.06 |
| CITIBANK NA | 02-03349 | DOLORES OCANA SERRANO | 13 | $78.87 |
| CITIBANK NA | 02-03755 | CARMEN M FIGUEROA GARCIA | 13 | $140.85 |
| CITIBANK NA | 02-04920 | ORLANDO DE LA ROSA TIRADO | 13 | $179.07 |
| CITIBANK NA | 02-06195 | MARIA RAMOS LAMBERTY | 13 | $15.56 |
| CITIBANK NA | 02-06442 | IDA A FALERO LOPEZ | 13 | $26.07 |
| CITIBANK NA | 02-06675 | DAMASO COLON ALAMO | 13 | $39.05 |
| CITIBANK NA | 02-06950 | ANGEL T DIAZ SANTIAGO | 13 | $253.97 |
| CITIBANK NA | 02-07506 | JOSE H JUSTINIANO GONZALEZ | 13 | $317.05 |
| CITIBANK NA | 02-08197 | ANTONIO RIVERA SANTIAGO | 13 | $94.44 |
| CITIBANK NA | 02-08661 | SONIA MUNIZ BERRIOS | 13 | $906.91 |
| CITIBANK NA | 02-09093 | LOURDES RIVERA VALENTIN | 13 | $93.64 |
| CITIBANK NA | 02-09106 | EDGARDO VELEZ TORRES | 13 | $96.15 |
| CITIBANK NA | 02-10054 | DALILA MERCED FALCON | 13 | $14.24 |
| CITIBANK NA | 02-10847 | JUAN LOPEZ PEREZ | 13 | $635.27 |
| CITIBANK NA | 02-11065 | LUIS A GOMEZ SANCHEZ | 13 | $256.07 |
| CITIBANK NA | 02-11943 | PASCUAL ANTONIO QUINONES VAZ | 13 | $252.09 |
| CITIBANK NA | 02-11999 | LEIDA M RIVERA PENA | 13 | $75.80 |
| CITIBANK NA | 02-12482 | LUIS A GONZALEZ PEREZ | 13 | $676.31 |
| CITIBANK NA | 03-01537 | IDALIA NOGUERAS ORTIZ | 13 | $10.62 |
| CITIBANK NA | 03-02180 | EFRAIN SILVA ROSADO | 13 | $17.42 |
| CITIBANK NA | 03-02866 | MAX SANTIAGO SANTIAGO | 13 | $83.81 |
| CITIBANK NA | 03-03074 | JOSE M CORTON RIVERA | 7 | $185.00 |
| CITIBANK NA | 03-04172 | ANGEL SANABRIA DEL VALLE | 13 | $310.51 |
| CITIBANK NA | 03-04545 | GREGORIO PEREZ MORALES | 13 | $130.49 |

| Bank | Case # | Name | Ch | Amount |
|---|---|---|---|---|
| CITIBANK NA | 03-12273 | ROBERTO MONTERO RESTITUYO | 13 | $9.67 |
| CITIBANK NA | 04-00105 | MARIAN SALAS OTERO | 13 | $5.00 |
| CITIBANK NA | 04-06163 | RICARDO RODRIGUEZ REYES | 13 | $7.19 |
| CITIBANK NA | 04-06163 | RICARDO RODRIGUEZ REYES | 13 | $8.16 |
| CITIBANK NA | 04-09508 | CARMEN RAMIREZ PASCUAL | 13 | $20.22 |
| CITIBANK NA | 04-10543 | JORGE BAEZ MORALES | 13 | $383.86 |
| CITIBANK NA | 04-11979 | MIRTA TORRES IBARREZ | 13 | $31.41 |
| CITIBANK NA | 05-03636 | EVA M VEGA MARTINEZ | 13 | $975.04 |
| CITIBANK NA | 05-12164 | SAMUEL MOYA FELICIANO | 13 | $474.81 |
| CITIBANK NA | 06-00244 | CARMEN D ROSADO GONZALEZ | 13 | $8.36 |
| CITIBANK NA | 87-00763 | IVAN SANTIAGO ORTIZ | 7 | $543.76 |
| CITIBANK NA | 95-06815 | SEPULVEDA ARCELAI | 13 | $69.96 |
| CITIBANK NA | 04-12783 | DIONICIO GUZMAN RIVERA | 13 | $351.08 |
| CITIBANK NA | 05-01637 | EDWIN SOTO LARROY | 13 | $566.49 |

Citi Cards
7920 N.W. 110th Street
Kansas City, MO 64153



Re: Citi's Puerto Rico Legal Vehicles & Businesses
Dear Honorable Judge:

Reference is made to certain Petitions for Payment of Unclaimed Funds filed by several entities members of Citigroup, Inc. Citi provides financial services in Puerto Rico through several legal vehicles and businesses. Citi's consumer business is comprised of secured and unsecured personal loans, mortgage loans, auto loans, revolving loans, credit cards, private label cards and among other types of financial vehicles.

These businesses and legal vehicles have changed during the past 10 to 15 years. Therefore, I hereby certify that the following business and/or legal vehicles have been or are members of Citigroup:

Citibank, N.A.
Citicorp Credit Services, Inc.
Citibank (South Dakota), National Association
Citibank USA, National Association
Citicards Credit Services, Inc.
CitiFinancial Credit Company
CitiFinancial, Inc.
Associates National Bank (Delaware)
Citicorp International Finance Corporation

Citicorp Diners Club Inc.
Citicorp
Citimortgage, Inc.

Brands or Private Label Cards (Not legal Entities):
Citibank Mortgage
Citi Cards
Sears
Diners Club

Wherefore, it is respectfully requested that the Court take notice of the foregoing for any present or future transaction or filing commenced by Citi.

Should you have any questions, please do not hesitate to contact the undersigned at Terri.Bergman@Citi.com

Cordially,

*Terri Bergman* 10/21/11
Terri Bergman
Senior Vice President

KCL030